# Third District Court of Appeal

## State of Florida

Opinion filed November 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1589
Lower Tribunal No. 17-80-P
_____

**David Brzozowski, et al.,**
Appellants,

vs.

**MCF Construction, Inc.,**
Appellee.

An Appeal from the County Court for Monroe County, Sharon I. Hamilton, Judge.

Hershoff, Lupino & Yagel, LLP, and Robert C. Stober and Matthew O. Hutchinson, for appellants.

Hutchison & Tubiana, PLLC, and David G. Hutchison and Matthew K. Hardee, for appellee.

Before FERNANDEZ, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.